IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:98-cr-00014-MP

WILLIE T CHANDLER,

     Defendants.

_____/

## **O R D E R**

A hearing was held in this case on August 9, 2007, regarding Doc. 512, Petition alleging

violation of supervision.  At the outset of the hearing, the defendant requested additional time to

review medical records.  The motion to continue is granted, and the hearing of petition alleging

violation of supervised release will be reset by separate notice.


     **DONE AND ORDERED** this _15th_ day of August, 2007


       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge